DAVID H. LEVINE et al., Copartners under the Firm Name of DAVID H. LEVINE BEDDING COMPANY, Respondents, *v.* ATLAS ASSURANCE COMPANY, LTD., OF LONDON, ENGLAND, et al., Appellants.

(Submitted April 11, 1933; decided April 25, 1933.)

712

*Almond D. Fisk* and *Anthony J. Busicco* for appellants.
*Alfred B. Nathan* and *Louis Sanders* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ.  Not sitting: HUBBS, J.